**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**PA 1-984-029**

**Effective Date of Registration:**
April 15, 2016

## Title

**Title of Work:** Criminal
**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 07, 2016
**Nation of 1st Publication:** Israel
**Preregistration:** PRE000008521

## Author

- **Author:** Criminal Productions Inc.
  **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Criminal Productions Inc.
318 N. Carson Street #208, Carson City, NV, 89701

## Limitation of copyright claim

**Material excluded from this claim:** Criminal Motion Picture Screenplay - PAu 3-772-954 - Registered July 31 2014
**Previously registered:** Yes
**Basis of current registration:** This is the first published edition of a work prev. registered as unpublished.

**New material included in claim:** All other cinematographic material additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

**Name:** Michael A. Hierl
**Date:** April 14, 2016

**Correspondence:**   Yes



**EXHIBIT B**

**EXHIBIT B**

Criminal Productions, Inc.
v.
Does 1-18

| No | IP Address | Port | HitDate UTC (mm/dd/yy) | File Name | File Hash | Jurisdiction |
|---|---|---|---|---|---|---|
| 1 | 24.17.73.4 | 18545 | 2016-08-09 07:21:54 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 2 | 67.185.8.136 | 32772 | 2016-08-07 21:11:40 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 3 | 73.181.163.149 | 40440 | 2016-08-03 03:50:34 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 4 | 24.19.22.142 | 55147 | 2016-08-01 09:01:32 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 5 | 67.168.217.182 | 49241 | 2016-08-01 09:00:23 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 6 | 73.225.141.5 | 60397 | 2016-08-01 04:01:32 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 7 | 73.11.184.238 | 44854 | 2016-07-30 18:28:36 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 8 | 73.140.14.42 | 57050 | 2016-07-29 10:53:08 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 9 | 73.239.143.174 | 63542 | 2016-07-29 07:09:24 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 10 | 67.185.30.201 | 62895 | 2016-07-28 03:09:04 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 11 | 73.239.179.253 | 46525 | 2016-07-27 17:30:52 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 12 | 67.183.11.126 | 49832 | 2016-07-27 15:06:21 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 13 | 73.254.164.251 | 21011 | 2016-07-24 05:15:33 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 14 | 67.168.109.148 | 26152 | 2016-07-22 18:00:08 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 15 | 73.239.152.128 | 47654 | 2016-07-18 08:30:18 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 16 | 98.225.60.231 | 53413 | 2016-07-18 02:57:20 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 17 | 73.225.31.128 | 36685 | 2016-07-15 23:50:46 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 18 | 24.19.94.31 | 27272 | 2016-07-15 18:28:17 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |