Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN KELLY, an individual;<br>PHILLIP PISCIOTTA, an individual;<br>SANDRA BANDEL, an individual;<br>JEFF CORDER, an individual;<br>KUEEJIN EUM, an individual;<br>KRYSTAL KERLEE, an individual;<br>SERGE BERNIK, an individual;<br>DEANNA ROBINSON, an individual;<br>JOYCE HEALEY, an individual; and<br>JAMES PUCKETT, an individual,<br><br>　　　　　Defendants. | Civil Action No. 16-cv-1272RAJ<br><br>STIPULATION OF DISMISSAL OF DOE 11 |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Criminal* in its possession or subject to Defendant's control, including without limitation any downloaded onto

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1272RAJ
INIP-6-0050P12 SDMISS - Doe 11

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Katrina Brede, WSBA No. 50,672<br>katbrede@gmail.com<br>5315 32nd Ave S.<br>Seattle, WA 98118<br>T: 206.383.5289<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL - 2

Civil Action No. 16-cv-1272RAJ
INIP-6-0050P12 SDMISS - Doe 11

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301