Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLIN KELLY, an individual; <br> PHILLIP PISCIOTTA, an individual; <br> SANDRA BANDEL, an individual; <br> JEFF CORDER, an individual; <br> KUEEJIN EUM, an individual; <br> KRYSTAL KERLEE, an individual; <br> MOSES MBUGUA, an individual; <br> SERGE BERNIK, an individual; <br> DEANNA ROBINSON, an individual; and <br> JAMES PUCKETT, an individual, <br><br> Defendants. | Civil Action No. 16-cv-1272RAJ <br><br> STIPULATION OF DISMISSAL OF KRYSTAL KERLEE (DOE 9) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Criminal* in its possession or subject to Defendant's control, including without limitation any downloaded onto

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1272RAJ
INIP-6-0050P14 SDMISS - Doe 9

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES$^{PLLC}$<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Michael P. Matesky II, WSBA No. 39,586<br>mike@mateskylaw.com<br>MATESKY LAW$^{PLLC}$<br>1001 4th Ave, Ste 3200<br>Seattle, WA 98154<br>T: 206.701.0331<br>F: 206.701.0332<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL - 2

Civil Action No. 16-cv-1272RAJ
INIP-6-0050P14 SDMISS - Doe 9

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301